IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LARRY KUDLA, | CASE NO. |
| Plaintiff, | |
| v. | JUDGE |
| THE CITY OF CLEVELAND, | |
| Defendant. | |

**DEFENDANT'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION**

Defendant City of Cleveland respectfully submits this Notice of Removal to the United States District Court of Ohio, Eastern Division. The grounds for this Notice of Removal are the following:

1. On July 28, 2025, Plaintiff Larry Kudla ("Plaintiff") filed a civil action in the Court of Common Pleas, Cuyahoga County, Ohio, Case No. CV-25-121628, captioned *Larry Kudla vs. City of Cleveland*. A copy of Plaintiff's Complaint is attached as *Exhibit A*. A copy of the case docket for the Cuyahoga County Court of Common Pleas is attached as *Exhibit B*. Defendant City of Cleveland was served August 5, 2025.

2. Plaintiff brings his claims under the 5th Amendment of the US Constitution seeking relief for an alleged taking of his property located at 3855 W. 31st Street, Cleveland, Ohio. His complaint includes an allegation of Unlawful Taking he claims is unconstitutional. (*Ex. A, Count II, para. 28*).

1

3.  This Court has original jurisdiction under 28 U.S.C. § 1343 and 28 U.S.C. § 1331, for the claims asserted by Plaintiff.  Those claims may be removed to this Court pursuant to 28 U.S.C. § 1441 as a civil action involving a claim or right over which this Court has original jurisdiction and involving a claim or right arising under the Constitution or laws of the United States within the meaning of Section 1331.  Those federal claims are fully contained in the Complaint.

4.  The Complaint also pleads a state law claim for injunctive relief over which this Court has supplemental jurisdiction under 28. U.S.C. 1367. (*Complaint, Count 1*)

5.  Defendants received notice of this action on July 28, 2025. Removal is being timely accomplished within 30 days as required by 28 U.S.C. § 1446(b).

6.  Plaintiff and the Cuyahoga Common Pleas Court will be notified of this filing. A copy of this Notice of Removal will be filed with the Clerk of Courts, Cuyahoga County, Ohio, as required by 28 U.S.C. § 1446(d).

7.  In addition to the Complaint (*Exhibit A*), the court docket (*Exhibit B*) identifies the pleadings to date. Copies of all other filed documents are attached as composite (*Exhibit C*).

THEREFORE, Defendants, respectfully remove this case, presently pending in the Court of Common Pleas, Cuyahoga County, Ohio, to this Court for further proceedings.

Respectfully submitted,

MARK D. GRIFFIN (0064141)
Director of Law

By:  */s/ Brian Kelly*
William M. Menzalora (0061136)
Chief Assistant Director of Law
Affan Ali (85698)

2

Brian Kelly (0088365)
Dennis Butler (101658)
Assistant Directors of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2800
Wmenzalora@clevelandohio.gov
AAli2@clevelandohio.gov
Bkelly@clevelandohio.gov
DButler3@clevelandohio.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was filed electronically on the 26th day of August 2025, of which any registered parties will receive notice.  A copy was sent via ordinary mail to those listed below:

*/s/ Brian Kelly*
Brian Kelly (0088365)

Dustin S. Lewis (0082686)
Lieberman, Dvorin & Dowd, LLC
Pepper Pike Place, Suite 300
Pepper Pike, Ohio 44124
Attorney for Plaintiff Larry Kudla

3