***EXHIBIT A***

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| **LARRY KUDLA**<br>30195 Chagrin Blvd., Suite 300<br>Pepper Pike, Ohio 44124<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF CLEVELAND**<br>c/o Department of Law<br>c/o Mark D. Griffin, Law Director<br>601 Lakeside Avenue, Room 106<br>Cleveland, Ohio 44114<br><br>Defendant. | ) | CASE NO.: Complaint<br>EMILY HAGAN<br>JUDGE: CV 25 121628<br><br>**VERIFIED COMPLAINT FOR INJUNCITVE RELIEF; FOR VIOLATION OF PRECEDURAL DUE PROCESS AND UNLAWFUL TAKING** |

FILED
2025 JUL 28 P 3:33
CLERK OF COURTS
CUYAHOGA COUNTY

Plaintiff Larry Kudla ("Plaintiff") for his complaint against the City of Cleveland, states as follows:

## PARTIES, JURISDICTION AND VENUE

1. Plaintiff is the owner of the property located at 3855 W. 31st Street, Cleveland, Ohio ("the Property") (the Deed is attached as Exhibit 1).

2. Plaintiff purchased the property in an arm's length transaction, for consideration, on July 10, 2024 (See, Exhibit 1).

3. Prior to Plaintiff's purchase of the Property, the Property was the subject of an arson, which damaged the Property.

4. Plaintiff purchased the Property with intention to rehab the Property and bring it back to full code compliance and ensure that the Property is not a public nuisance.



5. Plaintiff is a professional contractor and has the ability, and the funds to rehab the Property.

6. Plaintiff has hired an architect to draw plans for the rehab (See architectural plans, attached hereto as Exhibit 2).

7. On or about July 14, 2025, Plaintiff submitted building permit registrations to begin the rehab.

8. The application was denied due to "permit issued for demolition" (See Exhibit 3).

9. Soon thereafter, Plaintiff contacted the City of Cleveland Building Department to inquire if there was any way the demolition could be delayed, so that the Property could be rehabbed to the point it was no longer a nuisance.

10. Plaintiff was told that a Court Order was the only way to delay demolition.

11. Plaintiff was also told that the demolition is currently scheduled for August 11, 2025, though that date is subject to change, and thus, the date could be sooner.

12. Plaintiff was unaware the Property was in demolition status until July 14, 2025.

13. Plaintiff had not received a notice of violation or notice of condemnation from the City.

**COUNT I**
**(Injunctive Relief)**

14. Plaintiff re-alleges and restates each and every allegation set forth in Paragraphs 1 through 13 of the Complaint as if fully rewritten herein.

15. Plaintiff has a legal interest in the Property.

16. City of Cleveland, by and through its building department, has initiated a process to demolish the Property, thereby eradicating the Property's value other than the land, further reduced by the expense and cost of such demolition.

17. Should the Property be demolished, Plaintiff will suffer irreparable harm as the real estate he purchased, which is unique, will be forever taken, and the Property significantly destroyed of value.

18. Should the Property be demolished, City of Cleveland will also be irreparably harmed, because it will receive a reduction in the property taxes it would otherwise receive from the Property.

19. Demolishing the Property is against the public's interest when the owner is capable and intends to bring the existing property back into good standing.

20. Plaintiff has no adequate remedy at law if the Property is demolished.

21. Because Plaintiff has clearly and convincing demonstrated its commitment to bring the property out of violation status, and to maintain and preserve the Property, no third-party will be unjustifiably harmed if the injunction is granted.

22. Based upon the foregoing policy considerations, the Public Interest will clearly be served by allowing the structure on the Property to stand and for repairs to be effected.

23. The demolition of the Property, without giving Plaintiff notice and reasonable opportunity to correct any violations, after a considerable amount of funds already being used for that purpose, constitutes economic waste by the City of Cleveland, and is grossly inequitable.

24. Plaintiff is entitled to injunctive relief to 1.) enjoin the demolition of the Property; and 2.) allow Plaintiff reasonable period of time to correct the purported violations that instigated the demolition.

**COUNT II**
**(Unlawful Taking)**

25. Plaintiff re-allege and restate each and every allegation set forth in Paragraphs 1 through 24 of the Complaint as if fully rewritten herein.

26. Plaintiff did not receive a notice that the Property was condemned and or would be demolished.

27. Therefore, Plaintiff did not have any opportunity to appeal the violations, appeal the demolition decision, or otherwise act accordingly to prevent the demolition.

28. Such Notice is contrary to state law, city code, and is unconstitutional, as Plaintiff is entitled to an opportunity to correct any alleged code violation in conformity with a good faith effort by the City of Cleveland to allow such alleged violations to be corrected.

29. Plaintiff is entitled to injunctive relief to 1.) enjoin the demolition of the Property; and 2.) allow Plaintiff a reasonable period of time to correct the purported violations set forth in the Notice.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. To enjoin the demolition of the Property;
2. Allow Plaintiff a reasonable period of time to obtain appropriate permits and correct the purported violations that are basis for the demolition.
3. Such other relief as this Court deems just and equitable.

Respectfully submitted,

DUSTIN S. LEWIS (#0082686)
Lieberman, Dvorin & Dowd, LLC
Pepper Pike Place, Suite 300
Pepper Pike, Ohio 44124

Telephone: (216) 453-1100
Facsimile: (216) 292-3340
Dustin@lddlegal.com

*Attorney for Plaintiff*

**VERIFICATION**

STATE OF OHIO )
) ss.:
COUNTY OF CUYAHOGA )

I, Larry Kudla, being duly sworn, depose and say that I have reviewed the allegations of the Verified Complaint and they are true to the best of my own knowledge, information, and belief.

Larry Kudla, Individually

Sworn to before me this 28TH day of July, 2025

Notary Public

My commission expires ____________________

NOTARIAL SEAL STATE OF OHIO

Ryan L. Rivchun, Esq.
Attorney At Law
Notary Public
State of Ohio
My commission has no expiration
Section 147.03 R.C.

PPN: 014-04-023
KUDLA
AMT $5,000.00
CONV $20.00
24-22418

202407110040 DEED
07/11/2024 09:50 AM
RCPT# 20240710000378
PAID BY CSC

CUYAHOGA COUNTY FISCAL OFFICE




# Warranty Deed

**KNOW ALL MEN BY THESE PRESENTS THAT Smilja Radivoj, a married woman,** Grantor, claiming title by or through instrument recorded in Prior Instrument No. 202407100307, filed on July 10, 2024 in the Cuyahoga County Recorder's Office, for valuable consideration thereunto given, and for the sum of Ten Dollars ($10.00) received to her full satisfaction of **Larry Kudla,** the Grantee, whose tax mailing address will be 3855 West 31st Street, Cleveland, OH 44109 does:

**GIVE, GRANT, BARGAIN, SELL AND CONVEY** unto said Grantees, their heirs and assigns, the following premises situated in the City of Cleveland, County of Cuyahoga, and State of Ohio, and bounded and described as follows:

And known as being the Northerly 33 feet of Sublot No. 67 in Moses, Fish et al Allotment of part of Original Brooklyn Township Lot - No. 65, as shown by the recorded plat in Volume V of Deeds, Page 257 of Cuyahoga County Records, and being 33 feet front on the Easterly side of West 31st Street and extending back of equal width 131.33 feet, as appears by said plat, be the same more or less, but subject to all legal highways.

PPN:014-04-023
Property Address: 3855 West 31st Street, Cleveland, OH 44109

**TO HAVE AND TO HOLD** the above premises, with the appurtenances thereunto belonging, unto the said Grantees, and their separate heirs and assigns forever.

**AND FOR VALUABLE CONSIDERATION, Kostika Radivoj,** does hereby remise, release and forever quit-claim unto the said Grantees, their heirs, and assigns, all his right and expectancy of Dower in the above-described premises.

**THE SAID** Grantor, for herself and her heirs, executors and administrators, hereby covenant with the said Grantees, their heirs and assigns, that said Grantor is the true and lawful owner of said premises, and are well seized of the same in fee simple, and have good right and full power to bargain, sell and convey the same in the manner aforesaid, and that the same are free and clear from all encumbrances, except zoning ordinances, easements, reservations, conditions and restrictions of record, if any, and real estate taxes and assessments, general and special, which are a lien at the time of transfer, but which are not then due and payable, and further, that said Grantor will warrant and defend the same against all claims whatsoever except as provided herein.

**IN WITNESS WHEREOF**, the Grantors hereunto have set their hands on the 2nd day of July, 2024.

**GRANTORS:**

Smilja Radivoj

**STATE OF** Maryland )
) **SS:**
**COUNTY OF** Prince George's )

**BEFORE ME**, a Notary Public in and for said County and State, personally appeared the above-named, Smilja Radivoj Grantors, and acknowledged that they did sign this instrument and the same is their free act and deed.

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and official seal this 2 day of July, 2024.

(SEAL) YOLANDA ANDERSON
Notary Public - State of Maryland
Prince George's County
My Commission Expires May 13, 2025

NOTARY PUBLIC

Completed via Remote Online Notarization using 2 way Audio/Video technology.

**This Instrument Prepared By:** Sam R. Bradley, 5329 N. Abbe Rd., Ste. 4, Sheffield Village, Ohio 44035. Title to the lands described herein has not been examined by Sam R. Bradley, Attorney at Law, and Sam R. Bradley makes no warranty or representation and no opinion (either expressed or implied) is given, as to the marketability or condition of the title to the subject property, the quantity of lands included therein, the location of the boundaries thereof, or the existence of liens, unpaid taxes, or encumbrances.

Doc # 202407110040 Recorded 07/11/2024 09:50 AM Page 3 of 3

**IN WITNESS WHEREOF**, the Grantors hereunto have set their hands on the 2ND day of July, 2024.

**GRANTORS:**

Kostika Radivoj

**STATE OF** )
) **SS:**
**COUNTY OF** Cuyahoga

**BEFORE ME**, a Notary Public in and for said County and State, personally appeared the above-named, Kostika Radivoj Grantors, and acknowledged that they did sign this instrument and the same is their free act and deed.

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and official seal this 2ND day of July, 2024.

(SEAL) DENNIS MARTI - NOTARY PUBLIC STATE OF OHIO COMM EXP: AUG 25, 2025

NOTARY PUBLIC Dennis Marti
Exp. 8.25. 2025

**This Instrument Prepared By:** Sam R. Bradley, 5329 N. Abbe Rd., Ste. 4, Sheffield Village, Ohio 44035. Title to the lands described herein has not been examined by Sam R. Bradley, Attorney at Law, and Sam R. Bradley makes no warranty or representation and no opinion (either expressed or implied) is given, as to the marketability or condition of the title to the subject property, the quantity of lands included therein, the location of the boundaries thereof, or the existence of liens, unpaid taxes, or encumbrances.

# 3855 W. 31st Street

**PROJECT DESCRIPTION:**

| | | |
|---|---|---|
| A. | ARCHITECTURAL: | NEW WOOD FRAMED COVERED FRONT PORCH AND FIRE DAMAGE REPAIR |
| | WALL SYSTEM: | WOOD FRAMING, SHEATHING, AND VINYL SIDING |
| | FOUNDATION SYSTEM: | EXISTING TO REMAIN |
| | FLOOR SYSTEM: | PLYWOOD ON WOOD JOISTS |
| | ROOF SYSTEM: | ASPHALT SHINGLES ON PLYWOOD SHEATHING |
| B. | STRUCTURAL: | EXISTING AND NEW WOOD FRAMING |
| C. | MECHANICAL: | N/A |
| D. | PLUMBING: | N/A |
| E. | ELECTRICAL: | N/A |

**SITE INFORMATION:**

| | |
|---|---|
| PROPERTY LOCATION: | 3889 WEST 31ST STREET CLEVELAND, OH 44109 |
| ZONING DISTRICT: | RESIDENTIAL |
| SURROUNDING LAND USES: | RESIDENTIAL |
| PARCEL SIZE: | APPROXIMATELY 4323 SF (0.099 ACRES) |
| FRONT LOT LINE: | W 33RD ST |
| BUILDING COVERAGE | 16% |

**BUILDING INFORMATION:**

| | | |
|---|---|---|
| A. | LAND USE | RESIDENTIAL - 1-FAMILY PLATTED LOT |
| B. | CONSTRUCTION CLASS | VB, UNPROTECTED, NONCOMBUSTIBLE / COMBUSTIBLE |
| C. | PROJECT AREA | EXISTING HOUSE FOOTPRINT: 614 GSF |

**PROJECT SCOPE NOTES**

1. ALL INTERIOR AND EXTERIOR FINISH MATERIALS TO BE SELECTED BY OWNER. PROVIDE SAMPLES OF ALL FINISH MATERIALS FOR REVIEW AND APPROVAL BY OWNER.
2. WINDOW SIZES AND CONFIGURATION ARE INDICATED ON THE EXTERIOR ELEVATIONS. SELECTIONS OF FINAL WINDOW TYPES TO BE COORDINATED WITH THE OWNER.

## DEMOLITION NOTES

1. THE GENERAL CONTRACTOR IS TO VISIT THE SITE AND BECOME COMPLETELY FAMILIAR WITH THE EXISTING CONDITIONS AND DEMOLITION DRAWINGS PRIOR TO START OF WORK AND RESOLVE ANY QUESTIONS OR CONFLICTS REGARDING THE EXISTING CONDITIONS.

2. DEMOLITION IS NOT LIMITED TO WHAT IS SHOWN ON THE DRAWINGS. THE INTENT OF THE DRAWINGS IS TO INDICATE THE GENERAL SCOPE OF WORK REQUIRED. NOTIFY ARCHITECT OF ALL EXISTING CONSTRUCTION NOT SPECIFICALLY NOTED ON THE DRWGS. AND REMOVE OR RETAIN ITEMS AS DIRECTED BY ARCHITECT.

3. DEMOLISH AND REMOVE WALLS, CEILINGS AND ALL OTHER ITEMS AS SHOWN. EQUIPMENT DESIGNATED TO REMAIN OR BE REUSED, SUCH AS DOORS FRAMES, STOPS, MOULDINGS, HARDWARE AND WALL MOUNTED FIXTURES, ARE TO BE TAGGED AND STORED IN A SAFE PLACE UNTIL READY FOR INSTALLATION, AS DIRECTED BY ARCHITECT.

4. BRACE AND SUPPORT EXISTING WORK PRIOR TO AND DURING DEMOLITION AND NEW WORK UNTIL IT IS SAFE TO REMOVE SUCH BRACING AND SUPPORTS.

5. REMOVE DAMAGED CORNER BEADS AND BEADS AT EXISTING CORNERS WHERE NEW WALLS ALIGN WITH EXISTING FINISH.

6. ALL CONTRACTORS AND VENDORS ARE TO COORDINATE WITH OTHER TRADES TO VERIFY SCHEDULES, AND REMOVALS OF CONDUIT, PANEL BOARDS, LIGHTING, ELECTRICAL OUTLETS, PLUMBING, DUCTWORK, ETC. PRIOR TO THEIR REMOVAL.

7. REMOVE FROM THE PREMISES ALL PRODUCTS OF DEMOLITION NOT DESIGNATED FOR REUSE. NO DEBRIS SHALL BE ALLOWED TO ACCUMULATE. PREVENT DUST AND DIRT FROM RISING BY WETTING DEBRIS.

8. WHILE DEMOLISHING PARTITIONS AND CEILINGS ALL ENCOUNTERED PIPES, CONDUIT AND DUCTWORK WHICH ARE TO REMAIN WILL BE RE-ROUTED AND CONCEALED. THOSE WHICH ARE TO BE ABANDONED SHALL BE CAPPED AND CONCEALED IN THE FLOOR, WALL OR CEILING.

9. GENERAL CONTRACTOR IS TO INSTALL FLOOR TO CEILING PLASTIC SHEETING BETWEEN OCCUPIED AREAS AND RENOVATED AREAS. EXISTING WALLS ARE TO REMAIN AS TEMPORARY PROTECTION UNTIL PHASING ALLOWS FOR DEMOLITION OF PARTITIONS. TO PROTECT EXISTING DOORS, MOULDINGS, ETC., THE GENERAL CONTRACTOR SHALL USE 40LB. NON-STAINING PAPER ON EA. SIDE.

10. THE GENERAL CONTRACTOR IS TO PROMPTLY REPAIR ALL DAMAGE CAUSED TO ADJACENT AREAS BY DEMOLITION AT NO ADDITIONAL EXPENSE TO THE TENANT/OWNER. GENERAL CONTRACTOR IS TO PATCH AS REQUIRED TO MATCH EXISTING ADJACENT AREA IN MATERIAL, FINISH, OR COLOR UNLESS NOTED OTHERWISE BY ARCHITECT.

11. IN ALL AREAS WHERE DEMOLITION CAUSES UNEVENESS OR VOIDS IN THE FLOOR THE GEN. CONTRACTOR SHALL PATCH TO LEVEL FLOOR WITH EXISTING SLAB AND/OR REQUIRED SURFACE TO RECEIVE NEW FINISHED FLOOR.

12. REMOVE EXISTING CARPET, PADDING AND TACK STRIPS FROM ENTIRE AREA OF ALTERATION OR AS NOTED IN THESE DRAWINGS. GENERAL CONTRACTOR WILL REMOVE, IN CONTAINERS, ALL DEBRIS.

## DESIGN LOADS, AS PER R.C.O.:

...325PSF PF = 15 PSF CC = 0.7, I = 1.0 WITH PROVISIONS FOR DRIFTED SNOW
...SSURE IS 30 PSF
... 15 MPH, I = 1.0, EXP. B, P = 12 PSF, MIN. WIND DESIGN PRESSURE IS 20 PSF
...0.71, AA = 0.10, HAZ GROUP I, PERFORMANCE CAT B, SOIL PROFILE TYPE S2,
...ALL R = 4 1/2 CD = 4
...F THROUGHOUT (RESIDENTIAL)

tabbles®
EXHIBIT
2

## GENERAL CONSTRUCTION NOTES

1. ALL WORK SHALL BE PERFORMED IN CONFORMANCE WITH REQUIREMENTS OF THESE DOCUMENTS AND THE REQUIREMENTS OF THE OWNER AND THE CURRENT RESIDENTIAL CODE OF OHIO (RCO).

2. ALL WORK SHALL BE PERFORMED IN CONFORMANCE WITH ANY AND ALL FIRE AND SAFETY CODES, OR CODES OF FEDERAL, STATE, COUNTY OR MUNICIPALITY HAVING JURISDICTION OVER SUCH WORK. ALL APPLICABLE REQUIREMENTS IN THESE REGULATIONS SHALL BE FOLLOWED THE SAME AS IF NOTED IN THESE CONTRACT DOCUMENTS. CONFLICTS BETWEEN WORK SET FORTH IN THESE DOCUMENTS AND BUILDING CODES, LAWS OR REGULATIONS NOTED BY THE CONTRACTOR SHALL BE BROUGHT TO THE ATTENTION OF THE CLIENT AND ARCHITECT PRIOR TO PROCEEDING WITH ANY WORK.

3. THE GENERAL CONTRACTOR IS RESPONSIBLE FOR OBTAINING ALL PERMITS REQUIRED BY FEDERAL, STATE, COUNTY, MUNICIPAL LAW AND SHALL INCLUDE IN THE CONTRACT THE COST OF SUCH FEES.

4. THE GENERAL CONTRACTOR IS TO ARRANGE FOR ALL HOISTING FACILITIES FOR MATERIALS AND EQUIPMENT. THE CONTRACT SHALL INCLUDE ALL COSTS FOR DELIVERY AND/OR HANDLING OF MATERIALS.

5. ALL ARRANGEMENTS FOR CONSTRUCTION PERSONNEL ENTERING THE BUILDING DURING WORKING HOURS, MATERIAL DELIVERY, DEBRIS REMOVAL, MATERIAL RETURNED TO BUILDING, IS TO BE MADE WITH THE OWNER.

6. EACH CONTRACTOR AND VENDOR SHALL CHECK BUILDING OPENINGS AND CLEARANCES FOR DELIVERY OF EQUIPMENT AND/OR MATERIALS (SIZES OF ELEVATORS, DOORS, CORRIDORS, ETC.)

7. THE GENERAL CONTRACTOR IS TO CHECK AND VERIFY ALL DIMENSIONS AND CONDITIONS AT JOB SITE AND NOTIFY ARCHITECT OF ANY DISCREPANCIES BETWEEN DRAWINGS AND FIELD CONDITIONS BEFORE COMMENCING WITH ANY WORK.

8. DO NOT SCALE DRAWINGS - USE DIMENSIONS SHOWN.

9. THE GENERAL CONTRACTOR IS TO ERECT ALL NECESSARY TEMPORARY, SOLID AND OR PLASTIC DROP CLOTH PARTITIONS TO PROTECT OCCUPIED AREAS INCLUDING THE PROTECTION OF FLOORING MATERIALS WHILE CONSTRUCTION AND DEMOLITION ARE IN PROGRESS.

10. THE GENERAL CONTRACTOR IS TO REMOVE ALL DEBRIS AND LEAVE ALL AREAS BROOM CLEAN AT THE END OF EACH WORK DAY AND TO BE CAREFUL TO PROTECT AND NOT DAMAGE ANY PORTION OF EXISTING INSTALLATION NOT BEING REMOVED.

11. GENERAL CONTRACTOR IS TO PERFORM ALL WORK FOR THE CONTRACT SUM WITHOUT ADJUSTMENT IN THE EVENT OF LABOR DISPUTES AND OR WORK STOPPAGES.

12. INSPECTIONS: OWNER TO CONTRACT WITH A QUALIFIED TESTING LABORATORY FOR TESTING OF CONCRETE, REBAR, SOIL BEARING, SOIL COMPACTION, MASONRY, GROUT, ETC. AS REQUIRED BY LOCAL CODES.

## WOOD FRAMING

1. WOOD STRESS GRADES:

FB = 1,000 PSI
E = 1,100,000 PSI
FV = 55 PSI

2. CONSTRUCTION TO CONFORM TO THE NATIONAL DESIGN GUIDELINES FOR WOOD CONSTRUCTION. WOOD TO BE DOUGLAS FIR, HEM FIR, OR SOUTHERN PINE GRADE NO. 2 OR BETTER.



SITE LOCATION MAP
N.T.S.

NORTH

PROPERTY LINE (33')
3889 W 31 ST
PPN: 014-04-073
EXIST. 2-STORY HOUSE
24'-0"
NEW PORCH AND STEPS
PROPERTY LINE (131')
EXIST SIDEWALK
EXIST CURB CUT
W. 31st STREET

SITE PLAN
1" = 10'-0"
1 A0 | A0
GRAPHIC SCALE (FEET)
NORTH

| ISSUE | DATE | DESCRIPTION |
|---|---|---|
| 1 | 06.18.25 | plan review and permit |





PAUL R. BEEGAN, LICENSE #12574
EXPIRATION DATE: 12.31.2025

**BEEGAN**
ARCHITECTURAL DESIGN

15703 MADISON AVENUE
LAKEWOOD, OHIO 44107
WWW.BEEGAN-AD.COM
216.521.9000 PHONE
216.916.4591 FAX
PAUL@BEEGAN-AD.COM

project no. 25-022

Kudla West 31st Street
**Fire Damage Repairs**

3855 west 31st street
cleveland, ohio 44109

General Notes and
Architectural Site Plan

**A0**

© BEEGAN ARCHITECTURAL DESIGN LLC



| ISSUE | DATE | DESCRIPTION |
|---|---|---|
| 1 | 06.18.25 | plan review and permit |












FRONT ELEVATION
1/4" = 1'-0"




SIDE ELEVATION
1/4" = 1'-0"




SIDE ELEVATION
1/4" = 1'-0"



| ISSUE | DATE | DESCRIPTION |
|---|---|---|
| 1 | 06.18.25 | plan review and permit |



STATE OF OHIO — PAUL R. BEEGAN 12574 — REGISTERED ARCHITECT

PAUL R. BEEGAN, LICENSE #12574
EXPIRATION DATE. 12.31.2025

BEEGAN
ARCHITECTURAL DESIGN

15703 MADISON AVENUE
LAKEWOOD, OHIO 44107
WWW.BEEGAN-AD.COM

216.521.9000 PHONE
216.916.4591 FAX
PAUL@BEEGAN-AD.COM

project no. 25-022

Kudla West 31st Street
**Fire Damage Repairs**

3855 west 31st street
cleveland, ohio 44109

Exterior Elevations

# A2

© BEEGAN ARCHITECTURAL DESIGN LLC


ISSUE DATE DESCRIPTION
1 06.18.25 plan review and permit
PAUL R. BEEGAN, LICENSE # 12574
EXPIRATION DATE: 12.31.2025
BEEGAN
ARCHITECTURAL DESIGN
15703 MADISON AVENUE LAKEWOOD, OHIO 44107 WWW.BEEGAN-AD.COM
216.521.9000 PHONE 216.916.4591 FAX PAUL@BEEGAN-AD.COM
project no. 25-022
Kudla West 31st Street
Fire Damage Repairs
3855 west 31st street
cleveland, ohio 44109
Porch Framing Plan
and Detail Sections
A3
© BEEGAN ARCHITECTURAL DESIGN LLC
PORCH FRAMING PLAN
1/2" = 1'-0"
BAND JOIST CONNECTION
1 1/2" = 1'-0"
PORCH STAIR SECTION
3/4" = 1'-0"
POST BEARING DETAIL
3/4" = 1'-0"
DETAIL SECTION
3/4" = 1'-0"
GRAPHIC SCALE (FEET)

8:43 64%

aca-prod.accela.com/C

more

Search Building Records Permits and Registra

**Record B25022992: Res Building Permit**
**Record Status: Intake Declined**

Add to cart
Add to collection
Like 0

Record Info

Payments

## Processing Status

- Plats and Surveys
- Records
- Application Acceptance

Due on **07/14/2025**, assigned to **BIS**
Marked as **Intake Review Declined** on **07/15/2025** by **MW**

**Comment:** a permit has been issued for demolition

*Due on **07/14/2025**, assigned to **BIS***
*Marked as **TBD** on **TBD** by **TBD***

City Planning
Landmarks

Do you know anything about a permit pulled for demo of the house?

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Larry Kudla <larrykudla2@gmail.com>

EXHIBIT 3

**Dustin Lewis**

**From:** Larry Kudla <larrykudla2@gmail.com>
**Sent:** Friday, July 25, 2025 12:36 PM
**To:** Dustin Lewis
**Subject:** Fwd: West 31st

---------- Forwarded message ---------
From: **susan beegan-ad.com** <susan@beegan-ad.com>
Date: Tue, Jul 15, 2025, 8:48 AM
Subject: RE: West 31st
To: Larry Kudla <larrykudla2@gmail.com>
Cc: paul@beegan-ad.com <paul@beegan-ad.com>

Larry,

The following was posted on your project:



Common Pleas Court of Cuyahoga County, Ohio

**DESIGNATION FORM TO BE USED TO INDICATE THE CLASSIFICATION OF THE CAUSE**

FILED 2025 JUL 28 P 3:32
CLERK OF COURTS CUYAHOGA COUNTY

Larry Kudla
Plaintiff
Vs.
City of Cleveland
Defendant

Case Number: ______
Date: 7/24/25
Judge: EMILY HAGAN
CV 25 121628

Has this case been previously filed and dismissed? Yes ☐ No ☑
Case #: ______ Judge: ______
Is this case related to any new cases now pending or previously filed? Yes ☐ No ☑
Case #: ______ Judge: ______

**CIVIL CLASSIFICATIONS**: ***Place an (X) In ONE Classification Only.***

**Professional Torts:**
- ☐ 1311 Medical Malpractice
- ☐ 1315 Dental Malpractice
- ☐ 1316 Optometric Malpractice
- ☐ 1317 Chiropractic Malpractice
- ☐ 1312 Legal Malpractice
- ☐ 1313 Other Malpractice

**Product Liability:**
- ☐ 1330 Product Liability

**Other Torts:**
- ☐ 1310 Motor Vehicle Accident
- ☐ 1314 Consumer Action
- ☐ 1350 Misc. Tort

**Workers Compensation:**
- ☐ 1550 Workers Compensation
- ☐ 1531 Workers Comp. Asbestos

**Foreclosures:**
- ☐ Utilize Separate Foreclosure Designation Form

**Commercial Docket:**
- ☐ 1386 Commercial Docket
- ☐ 1387 Commercial Docket with Foreclosure

**Administrative Appeals:**
- ☐ 1540 Employment Services
- ☐ 1551 Other

**Other Civil:**
- ☐ 1500 Replevin/Attachment
- ☐ 1382 Business Contract
- ☐ 1384 Real Estate Contract
- ☐ 1388 Consumer Debt
- ☐ 1390 Cognovit
- ☐ 1391 Other Contracts
- ☐ 1490 Foreign Judgment
- ☐ 1491 Stalking Civil Protection Order
- ☑ 1501 Misc. Other
- ☐ 1502 Petition to Contest Adam Walsh Act
- ☐ 1503 Certificate of Qualification for Employment

Amount of Controversy:
- ☑ None Stated
- ☐ Less than $25,000
- ☐ Prayer Amount ______

Parties have previously attempted one of the following prior to filing:
- ☐ Arbitration
- ☐ Early Neutral Evaluation
- ☐ Mediation
- ☑ None

*I certify that to the best of my knowledge the within case is not related to any now pending or previously filed, expect as noted above.*

Lieberman Dvorin & Dowd
*Firm Name (Print or type)*

30195 Chagrin Blvd. Suite 300
*Address*

Pepper Pike OH 44124
*Address*

216-292-7776
*Phone*

DUSTIN LEWIS
*Attorney of Record (Print or Type)*

0082686
*Supreme Court #*

DUSTIN@LDDLEGAL.Com
*Email Address*

[signature]
*Signature*